No. 95–6964. BARWICK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–6973. BERRY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6979. ROSELIN v. BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 95–7000. ROYAL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–7057. KIRK v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7063. ANTONELLI v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 95–7073. PADGETT v. O'SULLIVAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–7111. BOWEN v. STATE FARM FIRE & CASUALTY CO. C. A. 4th Cir. Certiorari denied.

No. 95–7150. RICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7152. BLUM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7154. BAKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7158. SLOAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7159. CHRONISTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7160. COMBS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7164. PERDOMO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.